UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIJAH RAY RICH, | ) Case No. CV 16-1106 SJO(JC) |
| Petitioner, | ) |
| v. | ) JUDGMENT |
| WARDEN J. MACOMBER, | ) |
| Respondent. | ) |

Pursuant to this Court's Order (1) Summarily Dismissing Petition for Writ of Habeas Corpus and Action without Prejudice; and (2) Directing Clerk to File Petition as Motion to Amend Petition for Writ of Habeas Corpus in Case No. 16-894, IT IS ADJUDGED that the Petition for Writ of Habeas Corpus filed in this action and the action itself are dismissed without prejudice.

IT IS SO ADJUDGED.

DATED: February 23, 2016

_____/s/_____
Honorable Jacqueline Chooljian
UNITED STATES DISTRICT JUDGE